IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY RUDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:06CV01239TIA |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Caused called. Plaintiff appears in person and through counsel. Defendant appears through counsel. On the evidence adduced, the Court hereby finds the settlement of this case in the sum of $350,000.00 to be fair and reasonable under the circumstances of this case and approve same. The Court hereby approves the total payment of attorneys' fees in the sum of $106,211.43, to be allocated between Gary A. Growe and Thomas P. O'Driscoll. The Court further approves reimbursement as reasonable and necessary, litigation expenses in the sum of $12,343.98. The Court further finds that the net amount of disbursement, being $231,444.59, shall be allocated and paid directly to Plaintiff.

Plaintiff ordered to execute all documents necessary to reflect this order. Cause shall be dismissed with prejudice. The Defendant has agreed and shall pay the taxable court costs of this case. Said costs to be submitted in a separate cost sheet to Defendant and shall be paid directly to Mary Rudd.

7/21/07
‾‾‾‾‾‾‾‾‾‾
Date

SO ORDERED:

_____
United States District Court Judge

cc:  To All Counsel of Record